## FRANKEL v. UNITED STATES CASUALTY CO.

(Supreme Court, Appellate Term. March 17, 1909.)

INSURANCE (§ 264*)—WARRANTIES—BREACH.
    Where the blanks upon the back of a policy for warranties were neither signed by the applicant, nor even filled out, the policy cannot be avoided for breach of warranty.
    [Ed. Note.—For other cases, see Insurance, Dec. Dig. § 264.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Justus Frankel against the United States Casualty Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and MacLEAN and DAYTON, JJ.

Carl Schurz Petrasch, for appellant.

Olcott, Gruber, Bonynge & McManus, for respondent.

MacLEAN, J. Inasmuch as the blanks upon the back of the policy for warranties were neither signed by the applicant nor even filled out by anybody, the policy cannot be voided for breach of warranty, nor this judgment reversed therefor, although the plaintiff respondent truly, but surely by inadvertence, in his brief premises the assured had warranted that he carried no other accident insurance and had made no other application for other insurance.

The judgment should be affirmed, with costs.

GILDERSLEEVE, P. J., concurs.    DAYTON, J., concurs in result.